LAW OFFICE OF CHRISTINE HOLDEMAN
CHRISTINE HOLDEMAN [SBN: 263988]
PO Box 9949
San Jose, CA 95157
TEL: 408-559-6637
FAX: 408-559-6647

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In Re:

RAUL R. GALAN
                Debtor

Chapter 13

Bankruptcy No. 10-59734

Date:   August 12, 2011
Time:   2:00 PM
Room:  3020

HON. ARTHUR S. WEISSBRODT

**OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM STAY**

    The debtor opposes the motion of <u>WELLS FARGO BANK, N.A. Also Known as WACHOVIA Mortgage, A Division of Wells Fargo Bank, N.A. and Formerly Known as WACHOVIA MORTGAGE FSB, Formerly Known As WORLD SAVINGS BANK, FSB</u>, ("Wells Fargo") for relief from stay.

<u>COMPETENCY OF THE DECLARATION PROVIDED</u>

    Filed in support of this motion by Wells Fargo is the declaration of Cynthia Callender who identified herself as a "VP Loan Documents of Wells Fargo" with access to business records of Wells Fargo. She does not say how long she has held that position or what the duties of her position entail or what documents in Wells Fargo she investigated in order to make the assertions listed. She makes no claim to seeing the note itself which should be in the possession of Wells

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM STAY

1

Fargo. Thus Ms. Callender's declaration is insufficient to prove that Wells Fargo has standing in this case to seek the relief sought. See *In Re Vargas*, 396 B.R. 511.

ERRORS IN THE PRE-PETITION AMOUNT DUE

This motion for relief lists Pre-Petition Default as $7,857.32. The Proof of Claim #4 on file in this case from Wells Fargo lists Pre-Petition Default as $10,383.37. Even deducting payments to Wells Fargo made in August it is unclear what Pre-Petition arrears really are. Debtor and Debtor's counsel request clarification of this discrepancy. Debtor's attorney will contact Pite Duncan prior to court date to discuss this matter.

DEBTOR's ACTIONS TO PAY POST-PETITION ARREARS

Debtor is making every effort to catch up on these arrears. The documentation of Post-Petition payments shows that in late July Debtor paid 2 months of mortgage payments in order to catch up.

Debtor, now that the Chapter 13 plan is confirmed, is working hard to sell a truck that is not necessary for his business. Debtor will contribute proceeds from the sale to pay post-petition arrears when the truck is sold.

Debtor also asks Wells Fargo to consider and discuss mortgage modification with debtor. Debtor would like to get to a fixed rate mortgage. Negotiating a mortgage modification with Wells Fargo does not require Relief from Stay.

RELIEF REQUESTED

.Debtor asks the court to deny request and give debtor approximately 4 months to catch up on the post-petition arrears.

LAW OFFICE OF CHRISTINE HOLDEMAN

Dated: __August 14, 2011__   /s/ Christine Holdeman __
Christine Holdeman
Attorney for Raul R. Galan

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM STAY

2

Case: 10-59734    Doc# 44    Filed: 08/14/11    Entered: 08/14/11 22:57:54    Page 2 of 2